**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


KIM K. SUMNER,

                Plaintiff,

v.                                 CIVIL ACTION NO.   1:13-cv-00539

MARYLAND JUDICARY/DISTRICT COURT
OF MARYLAND,

                Defendant.


**ORDER**

Pending before the court is the defendant's Motion to Strike Exhibit [Docket 18]. For the following reasons, the defendant's motion is **GRANTED**.

The defendant moves to strike Docket No. 11-9, which is the plaintiff's Exhibit 8 to her Opposition to Motion to Dismiss/Summary Judgment ("Exhibit 8"). The defendant argues that the exhibit is inadmissible hearsay that cannot form the basis of a genuine dispute of material fact. Under Federal Rule of Civil Procedure 56(c)(2), "[a] party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence." The plaintiff's Exhibit 8 is an unverified complaint with the Maryland Commission on Judicial Disabilities. It involves conduct of a judicial officer on matters unrelated to the plaintiff's allegations.

I **FIND** that Exhibit 8 is inadmissible hearsay. Accordingly, the defendant's motion to strike [Docket 18] is **GRANTED**.

The court **DIRECTS** the Clerk to **STRIKE** Document 11-9 from the Docket. The court

**DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.


ENTER:        August 30, 2013


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE