## **AFFIDAVIT**

I, **Devy Patterson Russell**, Associate Judge, District Court of Maryland for Baltimore City, do hereby solemnly swear and affirm under the penalties of perjury, the following:

1) I have been identified as a material witness in the case of *Kim K. Sumner v. Maryland Judiciary/District Court of Maryland*, Civil Action No. JRG-13-539, in the United States District Court for the District of Maryland. I am a material witness to alleged gender based discrimination, harassment and/or hostile work environment occurring in the District Court for Baltimore City.

2) I have reviewed all of the contents of Exhibit 8 contained in the Plaintiff's Response in Opposition to the Motion to Dismiss/Summary Judgment. All of the unsigned documents attached to Exhibit 8 were part of my Judicial Disabilities Complaint filed against the Administrative Judge for the District Court of Maryland for Baltimore City, John R. Hargrove Jr. The original of my signed complaint and all accompanying documents are in the possession of the Commission on Judicial Disabilities. It is undisputed that I complied with Md. Rule 16-805 when I filed my complaint against Judge Hargrove on June 26, 2012.

3) If I am subpoenaed to testify, by deposition or in court, I will attest to the facts contained in my complaint against Judge Hargrove, as well as other matters not mentioned in the complaint supporting the past and ongoing gender based discrimination and hostile work environment in the District Court for Baltimore City.

Respectfully submitted,

Devy Patterson Russell
Associate Judge
District Court of Maryland for Baltimore City

August 29, 2013