

| | |
|---|---|
| Kim Sumner/DC/MDCOURTS<br>08/28/2013 08:01 AM | To   Sharon Ball/AOC/MDCOURTS@MDCOURTS<br>cc<br>bcc<br>Subject   Lonnie Ferguson |

Sharon,

    Yesterday, when I was leaving the building, Lonnie Ferguson came through an exit door directly behind me. He could have waited and let some other ladies exiting the building get ahead of him to put some distance between himself and me, but he didn't. He was not even a foot away from me, was behind me as I walked to my car.
    I find this man vile and abhorrent . He makes my skin crawl. I never want him that close to me again. He is shameless and brazen and I feel him being so close to me and not letting the other ladies block our distance, is a form of intimidation.
    I avoid him, take stair cases, stay off the first floor as much as possible. He needs to understand I dont want him ever that close to me again.

thank you,

Kim K. Sumner
Human Resources Associate
District Court Of Maryland
5800 Wabash Avenue
Baltimore, MD  21215
Phone:  410-878-8098
Fax:  410-358-8747