**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**


KIM K. SUMNER,

            Plaintiff,

v.                                      CIVIL ACTION NO.   1:13-cv-00539

MARYLAND JUDICIARY/DISTRICT COURT
OF MARYLAND,

            Defendant.


**ORDER AND NOTICE**


The court **ORDERS** that the following dates be fixed as the times by or on which certain events must occur:

10-04-13    Motions under *Fed. R. Civ. P.* 12(b), together with supporting briefs, memoranda, affidavits or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice)

11-04-13    Last day for Rule 26(f) meeting.

11-11-13    Last day to file report of Rule 26(f) meeting ─ See *Fed. R. Civ. P.* Form 35.

11-25-13    Scheduling conference at **11:00 a.m.** before the United States District Judge Joseph R. Goodwin to be conducted **telephonically or by video conference**. Counsel is directed to contact chambers at **304-347-3192** to coordinate the scheduling conference.  At the scheduling/status conference, the parties shall be prepared to discuss the following:

        (a)    the discovery to be completed and the amount of time necessary for its completion;
        (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
        (c)    the possibility of entering into stipulations regarding issues for trial;
        (d)    the possibility of obtaining admissions regarding facts and documents; and
        (e)    other matters that will assist the parties in reaching a final resolution of this

        matter.

12-09-13       Entry of scheduling order.

12-13-13       Last day to make Rule 26(a)(1) disclosures.

Any party who believes that any deadline set in this scheduling order is unreasonable may request in writing a modification of this Order or that a conference be held for the purpose of seeking a modification of this Order.

The provisions of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:   September 5, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE