IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**KIM K. SUMNER,**

    **Plaintiff,**

    v.                                    CIVIL ACTION NO. 1:13-cv-00539

**MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,**

    **Defendant.**

o0o

**PRAYER FOR JURY TRIAL**

Plaintiff, Kim K. Sumner, by her undersigned counsel, hereby prays that all claims raised in her proposed amended complaint be tried by a jury.

Date: February 26, 2014.

/s/ GERARDINE M. DELAMBO,
 Attorney for Plaintiff
Bar No. 28175
705 Deepdene Road
Baltimore, MD 21210
410-433-1132; 443-617-0674 (fax)
sparky4242@comcast.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2014, a copy of the foregoing Prayer for Jury Trial was served electronically upon Defendant's counsel, Michele J. McDonald, Assistant Attorney General, at mmcdonald@oag.state.md.us.

/s/ GERARDINE M. DELAMBO