**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

KIM K. SUMNER,

        Plaintiff,

v.     CIVIL ACTION NO.   1:13-cv-00539

MARYLAND JUDICARY/DISTRICT COURT
OF MARYLAND,

        Defendant.

**ORDER**

Before the court are the Plaintiff's Motion for Leave to File Amended Complaint [Docket 40] and the Defendant's Consent Motion for Extension of Time [Docket 49].

The defendant seeks an extension of time to respond to the plaintiff's motion to amend. The court is concerned about the number of delays in the early stages of this case. This is the third time the defendant has sought an extension to oppose the plaintiff's motion to file an amended complaint. Upon granting the defendant's last extension, the court stated that "no further extensions will be granted." (Order [Docket 48]). Therefore, the Defendant's Consent Motion for Extension of Time [Docket 49] is **DENIED**.

The Plaintiff's Motion for Leave to File Amended Complaint [Docket 40] is **GRANTED**. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      April 21, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE