IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIM K. SUMNER,

        Plaintiff,

v.                                                  CIVIL ACTION NO.   1:13-cv-00539

MARYLAND JUDICIARY/DISTRICT COURT
OF MARYLAND, et al.,

        Defendant.

**ORDER**

Pending before the court is the Plaintiff's Motion for Enlargement of Time for Filing Response to Defendants' Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment [Docket 66]. For reasons appearing to the court, the motion is **DENIED**. The plaintiff is **ORDERED** to respond to the defendants' motion on or before July 24, 2014.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                      ENTER:        July 17, 2014

                      _____
                      JOSEPH R. GOODWIN
                      UNITED STATES DISTRICT JUDGE