IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**KIM K. SUMNER,**

    **Plaintiff,**

    v.                              CIVIL ACTION NO. 1:13-cv-00539

**MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,**
*et al.,*

    **Defendants.**

o0o

**PLAINTIFF'S MOTION TO SUBSTITUTE CORRECTED PROPOSED ORDER FOR PROPOSED ORDER FILED WITH ECF 68 (MOTION TO ENFORCE MAY 6, 2014, ORDER)**

Plaintiff, Kim K. Sumner, by undersigned counsel, moves to substitute the corrected proposed order submitted herewith for the proposed order filed with her Motion to Enforce the May 6, 2014, Order (ECF 53).

Date:  July 19, 2014.

/s/ GERARDINE M.  DELAMBO,
  Attorney for Plaintiff
Bar No. 28175
705 Deepdene Road
Baltimore, MD 21210
410-433-1132; 443-817-0674 (fax)
sparky4242@comcast.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2014, a copy of the foregoing Motion was served electronically, via the Court's electronic filing system, upon Defendant's counsel, Michele J. McDonald, Assistant Attorney General, at mmcdonald@oag.state.md.us.

/s/ GERARDINE M. DELAMBO