IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**KIM K. SUMNER,**

    **Plaintiff,**

    v.                                         **CIVIL ACTION NO. 1:13-cv-00539**

**MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,**
*et al.*,

    **Defendants.**

**o0o**

**ORDER**

Before the court is Plaintiff's Motion to Enforce the May 6, 2014, Order (ECF 53), which was docketed as ECF 68. For reasons appearing to the court, Plaintiff's motion is hereby **GRANTED.** It is ORDERED that

    1. All relief requested in the Defendants' Motion to Dismiss the Amended Complaint or for Summary Judgment and related papers, ECF 58-63.4, that is authorized by F.R.Civ.P. 12(b) is **DENIED** without prejudice to Defendants seeking such relief pursuant to legal authority other than F.R.Civ.P. 12(b); and

    2. The court's determination of the relief, if any, to be granted pursuant to F.R.Civ.P. 56 in response to Defendants' above-referenced motion is STAYED pending the filing by Defendants of an Answer to the Amended Complaint; and

3.  Upon the service upon Plaintiff's counsel of an Answer to the Amended Complaint, Plaintiff shall be afforded 14 days (or 17 days if service is by mail) in which to file a response to those portions of Defendants' above-referenced motion that seek relief pursuant to F.R.Civ.P. 56.

4.  The court directs the Clerk to send a copy of this Order to counsel of record for the respective parties.

_____
JOSEPH R. GOODWIN,
　District Judge