IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**KIM K. SUMNER,**

    **Plaintiff,**

    v.                            CIVIL ACTION NO. 1:13-cv-00539-JRG

**MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,**
*et al.,*

    **Defendants.**

o0o

**PLAINTIFF'S MOTION TO FILE EXHIBITS OUT OF TIME**

Plaintiff, Kim K. Sumner, by undersigned counsel, moves to file out-of-time three exhibits to her Opposition (ECF 74) to Defendant's Motion to Dismiss, or, in the alternative, for Summary Judgment. As good cause, Plaintiff notes that technical difficulties (or shortcomings) prevented linking and filing the exhibits with the Opposition, which was filed shortly before midnight on July 24, 2014, as ECF 74.

Date: July 25, 2014

/s/ GERARDINE M. DELAMBO,
   Attorney for Plaintiff
Bar No. 28175
705 Deepdene Road
Baltimore, MD 21210
410-433-1132; 443-617-0674 (fax)
sparky4242@comcast.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July, 2014, a copy of the foregoing Motion and the referenced Exhibits were served electronically, via the Court's electronic filing system,

upon Defendant's counsel, Michele J. McDonald, Assistant Attorney General, at mmcdonald@oag.state.md.us.

/s/ GERARDINE M. DELAMBO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

**KIM K. SUMNER,**

    **Plaintiff,**

    **v.**                                     **CIVIL ACTION NO. 1:13-cv-00539-JRG**

**MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,**
*et al.,*

    **Defendants.**

o0o

**ORDER**

Before the court is Plaintiff's motion to file out of time the exhibits to her Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. For reasons appearing to the court, Plaintiff's motion is GRANTED.

                                                                                                     _____

                                                                                                     JOSEPH R. GOODWIN,
                                                                                                         District Judge