IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIM K. SUMNER,

          Plaintiff,

v.                                            CIVIL ACTION NO. 1:13-cv-00539

MARYLAND JUDICARY/DISTRICT COURT
OF MARYLAND, et al.,

          Defendants.

## ORDER

Procedural ineptitude displayed in the pleadings filed in this case, accompanied by repeated attempts to delay meeting deadlines, has created a morass, the disentanglement of which would be a substantial waste of judicial resources. The court will simply permit an expedited do-over and hold the parties to strict deadlines. The plaintiff is hereby **GRANTED** leave to file the second amended complaint anew, the Court finding the ends of justice so require. That amended complaint shall be filed within 20 days of the entry of this order. The defendants named in the second amended complaint shall file an answer or other responsive pleading within 20 days of the filing of the second amended complaint. Thereafter, the Court will establish an expedited schedule for motion practice and resolution of this matter. All defendants not named in the second amended complaint are hereby **ORDERED** dismissed, and all motions previously filed herein, but not ruled upon, are hereby **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:     September 16, 2014

                                          JOSEPH R. GOODWIN
                                          UNITED STATES DISTRICT JUDGE