**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

**KIM K. SUMNER,**

    **Plaintiff,**

v.   CIVIL ACTION NO. 1:13-cv-00539-JRG

**MARYLAND JUDICIARY /**
**DISTRICT COURT OF MARYLAND,**
**AND STATE OF MARYLAND,** *et al.,*

    **Defendants.**

o0o

**LINE Re Good faith attempt to file timely the Second Amended Complaint**

More than an hour, beginning shortly before midnight on October 6, 2014, was devoted to a fruitless effort to create a docket entry accurately describing the filing of the "Second Amended Complaint" with a correct listing of the party Defendants named therein. Hence the docket entry indicating, incorrectly, the filing on October 7 of an "Amended Complaint against all defendants" (ECF 89). Undersigned counsel will confer with the Clerk's Office to see whether, or how, the subject docket entry can be corrected.

DATE:  October 7, 2014.

/s/ GERARDINE M. DELAMBO,
  Attorney for Plaintiff
Bar No. 28175
705 Deepdene Road
Baltimore, MD 21210
410-433-1132; 443-617-0674 (fax)
sparky4242@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, the foregoing Line was served electronically upon Defendant's counsel, Michele J. McDonald, Assistant Attorney General, at mmcdonald@oag.state.md.us.


/s/ GERARDINE M. DELAMBO