IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**KIM K. SUMNER,**

    **Plaintiff,**

    v.                              **CIVIL ACTION NO. 1:13-cv-00539-JRG**

**MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,**
*et al.*,

    **Defendants.**

o0o

**LINE CONFIRMING PLAINTIFF'S TRANSMITTAL
OF COMPREHENSIVE SETTLEMENT DEMAND**

Plaintiff, Kim K. Sumner, by undersigned counsel, hereby advises the court that a comprehensive settlement demand, an alternative proposal to seek mediation without delay, and a discussion of the claims presented in the instant case *vis-a-vis* the claims that Plaintiff intends to prosecute in State court in the absence of settlement was transmitted on this date[1] to Defendants' counsel, Michele J. McDonald, Esq., Assistant Attorney General.

Date: February 9, 2015.

/s/ GERARDINE M. DELAMBO,
  Plaintiff's Attorney
  Bar No. 28175
705 Deepdene Road
Baltimore, MD 21210
410-433-1132 (v); 443-817-0674 (fx)
sparky4242@comcast.net

---

[1] Undersigned counsel acknowledges that she had indicated in ECF 100 – Plaintiff's motion to disallow, based upon a apparent conflict of interest, Defendants' opposition to her motion for referral for mediation – that a settlement demand and discussion of issues would be transmitted to Defendant's counsel on the same date as the motion to disallow Defendants' opposition paper, but was unable to do so.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2015, a copy of the foregoing Line was served electronically upon Defendant's counsel, Michele J. McDonald, Assistant Attorney General, at mmcdonald@oag.state.md.us.


/s/ GERARDINE M. DELAMBO