IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

KIM K. SUMNER,

    Plaintiff,

v.                                                                            CIVIL ACTION NO. 1:13-cv-00539-JRG

MARYLAND JUDICIARY /
DISTRICT COURT OF MARYLAND,
*et al.*,

    Defendants.

o0o

## JOINT PROPOSED ORDER

The court hereby ORDERS that the above-captioned case be referred on an expedited basis for mediation, pursuant to Local Rule 607, to a Magistrate Judge, a member of the court's "panel of neutrals".

 

_____
JOSEPH R. GOODWIN,
U.S. District Judge